# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 25-1356     **Short Title:** Stephen Scaer, et al. v. City of Nashua, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>City of Nashua and Jennifer L. Deshaies</u> as the

[ ] appellant(s)     [✔] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

<u>/s/Peter G. Callaghan</u>                                    <u>4/23/2025</u>
Signature                                                              Date

<u>Peter G. Callaghan</u>
Name

<u>Preti Flaherty, PLLP</u>                                    <u>(603) 410-1500</u>
Firm Name (if applicable)                                       Telephone Number

<u>PO Box 1318</u>                                                <u>(603) 410-1501</u>
Address                                                              Fax Number

<u>Concord, NH 03302-1318</u>                            <u>pcallaghan@preti.com</u>
City, State, Zip Code                                              Email (required)

Court of Appeals Bar Number: <u>30210</u>

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes    Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).