# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1356        **Short Title:** Scaer, et al. v. City of Nashua

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Stephen Scaer and Bethany Scaer _____ as the

[✔] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

| | |
|---|---|
| s/Endel Kolde | April 23, 2025 |
| Signature | Date |
| Endel Kolde | |
| Name | |
| Institute for Free Speech | 202-301-3300 |
| Firm Name (if applicable) | Telephone Number |
| 115 Connecticut Ave, NW, Suite 801 | 202-301-3399 |
| Address | Fax Number |
| Washington, DC 20036 | dkolde@ifs.org |
| City, State, Zip Code | Email (required) |

Court of Appeals Bar Number: 1216389

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).