# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 25-1356     **Short Title:** Scaer vs. City of Nashua, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>Mayor James Donchess</u> as the

[ ] appellant(s)     [✔] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)   [ ] intervenor(s)

<u>/s/ Adam B. Pignatelli</u>              <u>04/23/2025</u>
Signature                                  Date

<u>Adam B. Pignatelli</u>
Name

<u>Rath Young Pignatelli, PC</u>           <u>(603) 226-2600</u>
Firm Name (if applicable)                  Telephone Number

<u>One Capital Plaza</u>                   <u>(603) 226-2700</u>
Address                                    Fax Number

<u>Concord, NH 03301</u>                   <u>abp@rathlaw.com</u>
City, State, Zip Code                      Email (required)

Court of Appeals Bar Number: <u>1153236</u>

Has this case or any related case previously been on appeal?

[✔] No     [ ] Yes   Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).