# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

No. 25-1356    Short Title: Scaer et al v. City of Nashua et

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

City of Nashua, James W. Donchess and Jennifer    as the

[ ] appellant(s)    [✓] appellee(s)    [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)    [ ] intervenor(s)

/s/Steven A. Bolton    4/24/25
Signature    Date

Steven A. Bolton
Name

City of Nashua, Office of Corporation Counsel    603-589-3250
Firm Name (if applicable)    Telephone Number

229 Main Street    603-589-3259
Address    Fax Number

Nashua, New Hampshire 03061    boltons@nashuanh.gov
City, State, Zip Code    Email (required)

Court of Appeals Bar Number: 29439

Has this case or any related case previously been on appeal?

[✓] No    [ ] Yes   Court of Appeals No. _____

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).