# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 25-1356     **Short Title:** Scaer et al. v. City of Nashua

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Bethany R. Scaer and Stephen Scaer                                                                 as the

[✓] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)


/s/Roy S. McCandless                          April 28, 2025
Signature                                     Date

Roy S. McCandless
Name

Roy S. McCandless, Esq., PLLC                 603-841-3671
Firm Name (if applicable)                     Telephone Number

125 North State Street                        603-513-2799
Address                                       Fax Number

Concord NH 03301                              roysmccandless@gmail.com
City, State, Zip Code                         Email (required)

Court of Appeals Bar Number: 23818

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No._____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.**  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.**  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).